[No. 27121-8-III. Division Three. July 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. EPANLITO ROCHA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 06-1-00632-4, Kenneth L. Jorgensen, J., entered May 12, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 27180-3-III. Division Three. July 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIX R. COLON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03498-7, Tari S. Eitzen, J., entered May 7, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 27183-8-III. Division Three. July 23, 2009.]

ALVIN J. WOLFF MANAGEMENT CO., *Respondent*, v. DOUG BARTLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-2-01187-3, Harold D. Clarke III, J., entered May 19, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Korsmo, JJ.

[No. 27244-3-III. Division Three. July 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEJANDRO HERRERA-CASTRO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-1-00439-7, Kenneth L. Jorgensen, J., entered June 23, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Korsmo, JJ.